IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOPE M. ABERCROMBIE, | : |
| Plaintiff, | : |
| vs. | : Civil Action |
| | : File No. : |
| FORD MOTOR COMPANY and FORD MOTOR COMPANY OF CANADA, LTD., | : 1:09-CV-0881 |
| Defendants. | : WSD |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 02 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### NOTICE OF REMOVAL

NOW COME Defendants Ford Motor Company and Ford Motor Company of Canada, Ltd., by and through counsel, and pursuant to 28 U.S.C. § 1332, hereby remove the action captioned <u>Hope M. Abercrombie, v. Ford Motor Company and Ford Motor Company of Canada, Ltd.</u>, State Court of Cobb County, Civil Action Number 2009A2786-1, to the United States District Court for the Northern District of Georgia, Atlanta Division, respectfully showing the Court as follows:

### BACKGROUND OF ACTION

1.

This automotive product liability action was originally filed in the State Court of Cobb County, Civil Division, on or about February 24, 2009.

2.

Defendant Ford Motor Company ("Ford") was served with Plaintiff's Complaint on or about March 4, 2009. Defendant Ford Motor Company of Canada, Ltd. ("Ford of Canada") was served with Plaintiff's Complaint on or about March 30, 2009. Both Ford and Ford of Canada are contemporaneously filing their Answers and Defenses to Plaintiff's Complaint for Damages ("Answers") in the State Court Action. A true and correct copy of the file for the State Court Action, including the Answers filed by Ford and Ford of Canada, is attached hereto as Exhibit "A."

3.

Plaintiff is, at the time of the commencement of this action, a resident of the State of Georgia. (Compl. ¶ 1).

REMOVING DEFENDANTS

4.

Defendant Ford is, and at the time of the commencement of this action, a corporation organized and existing under the laws of the state of Delaware, with its principal place of business in the state of Michigan. (See, Exhibit B, attaching Secretary of State entry for Ford).

Defendant Ford of Canada is, and at the time of the commencement of this action, a corporation organized and existing under the laws of Canada, with its principal place

being in the province of Ontario. (<u>See</u>, Exhibit C, attaching Industry Canada entry for Ford of Canada).

### GROUNDS FOR REMOVAL

5.

This action is being removed pursuant to 28 U.S.C. § 1441, <u>et seq.</u>, inasmuch as this action could have originally been brought in this court pursuant to 28 U.S.C. § 1332.

6.

This Notice of Removal is timely filed because it is submitted within thirty days of the date Ford and Ford of Canada determined that this case was subject to removal. 28 U.S.C. § 1446(b).

7.

A true and correct copy of this Notice of Removal is being served upon all parties to this lawsuit.

8.

A true and correct copy of this Notice of Removal is being filed with the Clerk of the State Court of Cobb County, Georgia, on this date.

## JURISDICTION UNDER 28 U.S.C. § 1332

9.

In the Complaint, Plaintiff includes a demand for judgment to compensate her for injuries and damages arising from a motor vehicle accident that occurred on March 14, 2007. (*E.g.*, Compl. ¶ 6). Plaintiff also seeks punitive damages. (*E.g.*, Compl. ¶ 29). The amounts sought by Plaintiffs exceed the jurisdictional threshold of $75,000 found in 28 U.S.C. § 1332(a).

## NO WAIVER OF DEFENSES AND OBJECTIONS

10.

Defendants Ford and Ford of Canada, by virtue of filing this Notice of Removal, do not waive any defenses or objections available to them under the law. Accordingly, the jurisdiction of the State Court is herewith suspended and any proceedings in State Court after the date of removal are null and void unless or until State Court resumes jurisdiction. *See, e.g.*, Cotton v. Federal Land Bank of Columbia, 246 Ga. 188, 269 S.E.2d 422 (1980).

WHEREFORE, Defendants Ford and Ford of Canada pray that the above-styled cause be removed from the State Court of Cobb County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, according to the reasons cited herein.

This 2nd day of April, 2009.

                        MCKENNA LONG & ALDRIDGE LLP

                        /s/ Suneel C. Gupta, Esq.
                        Charles K. Reed, Esq.
                        Georgia Bar No.: 597597
                        Michael R. Boorman, Esq.
                        Georgia Bar No.: 067798
                        Suneel C. Gupta, Esq.
                        Georgia Bar No.: 452203

303 Peachtree Street
Suite 5300
Atlanta, Georgia 30308
(404)527-4000 (telephone)
(404)527-4198 (facsimile)
creed@mckennalong.com
mboorman@mckennalong.com
sgupta@mckennalong.com

                        Attorneys for Defendants
                        Ford Motor Company and Ford Motor
                        Company of Canada, Ltd.

**FONT CERTIFICATE**

I hereby certify that this pleading was prepared using a font and point selection approved by the Court in Local Rule 5.1C.

/s/ Suneel C. Gupta, Esq.
Suneel C. Gupta, Esq.
Georgia Bar No.: 452203