IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HOPE M. ABERCROMBIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action |
| | : | File No. : 1:09-cv-881-WSD |
| FORD MOTOR COMPANY and | : | |
| FORD MOTOR COMPANY OF | : | |
| CANADA, LTD., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM OF**
<u>**VICKIE DENISE JORDAN**</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, counsel for Ford Motor Company will take the videotaped deposition of Vickie Denise Jordan on Wednesday, July 15, 2009 commencing at 1:00 p.m. at the office of Brett Mizerak, Esq., located at 924 Cherokee Avenue, Monroe, Georgia 30655 and continuing until such time as the deposition is complete. The deposition shall be recorded by a Certified Court Reporter duly authorized by law to administer oaths and transcribe testimony in the State of Georgia. This deposition is taken for discovery and all other purposes allowed by law under the Georgia Civil Practice Act.

The deponent is requested to produce, at the time of the deposition, the documents and things listed on Exhibit "A" attached hereto.

This 13th day of July, 2009.

                McKenna Long & Aldridge LLP

                /s/ Michael R. Boorman

                Charles K. Reed, Esq.
                Georgia Bar No. 597597
                Michael R. Boorman, Esq.
                Georgia Bar No. 067798
                Suneel C. Gupta, Esq.
                Georgia Bar No. 452203

303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia  30308
(404) 527-4000 (telephone)
(404) 527-4198 (facsimile)
creed@mckennalong.com
mboorman@mckennalong.com
sgupta@mckennalong.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HOPE M. ABERCROMBIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action |
| | : | File No. : 1:09-cv-881-WSD |
| FORD MOTOR COMPANY and | : | |
| FORD MOTOR COMPANY OF | : | |
| CANADA, LTD., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2009, I served the within and foregoing NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM OF VICKIE DENISE JORDAN upon counsel of record via CM/ECF:

MICHAEL J. WARSHAUER
WARSHAUER POE & THORNTON, P.C.
3350 Riverwood Parkway, Suite 2000
Atlanta, GA 30339


JAMES E. CARTER
JAMES E. CARTER & ASSOCIATES, LLC
P.O. Box 22129
Savannah, GA 31403

This 13th day of July, 2009.

           McKenna Long & Aldridge LLP

           /s/ Michael R. Boorman

           Charles K. Reed, Esq.
           Georgia Bar No. 597597
           Michael R. Boorman, Esq.
           Georgia Bar No. 067798
           Suneel C. Gupta, Esq.
           Georgia Bar No. 452203

303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia  30308
(404) 527-4000 (telephone)
(404) 527-4198 (facsimile)
creed@mckennalong.com
mboorman@mckennalong.com
sgupta@mckennalong.com

## TYPE LIMITATIONS CERTIFICATE

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Times New Roman (14 point), as required by Local Rule 5.1(B).

                                        Respectfully submitted,

                                        McKenna Long & Aldridge LLP

                              By:   /s/ Michael R. Boorman
                                        Michael R. Boorman
                                        Georgia Bar No. 067798

## EXHIBIT A

1. A copy of all documents and things in your possession (including photographs, video and electronically stored information) relating to the subject incident and/or any vehicle involved in the subject incident, including but not limited to letters, correspondence of any kind and any insurance claims information relating to any of the vehicles involved in the subject incident.