IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HOPE M. ABERCROMBIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action |
| | : | File No. : 1:09-cv-881-WSD |
| FORD MOTOR COMPANY and | : | |
| FORD MOTOR COMPANY OF | : | |
| CANADA, LTD., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION OF ROGER DALE ABERCROMBIE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, counsel for Ford Motor Company will take the deposition of Roger Dale Abercrombie on Friday, August 21, 2009 commencing at 10:00 a.m. at the offices of Cook Noell Tolley & Bates, LLP, 304 E. Washington Street, Athens, Georgia, 30601, and continuing until such time as the deposition is complete.  The deposition shall be recorded by a Certified Court Reporter duly authorized by law to administer oaths and transcribe testimony in the State of Georgia.  This deposition is taken for discovery and all other purposes allowed by law under the Georgia Civil Practice Act.

This 11th day of August, 2009.

          McKenna Long & Aldridge LLP


          /s/ Suneel Gupta

          Charles K. Reed, Esq.
          Georgia Bar No. 597597
          Michael R. Boorman, Esq.
          Georgia Bar No. 067798
          Suneel C. Gupta, Esq.
          Georgia Bar No. 452203

303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia  30308
(404) 527-4000 (telephone)
(404) 527-4198 (facsimile)
creed@mckennalong.com
mboorman@mckennalong.com
sgupta@mckennalong.com

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HOPE M. ABERCROMBIE, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action |
| | : | File No. : 1:09-cv-881-WSD |
| FORD MOTOR COMPANY and | : | |
| FORD MOTOR COMPANY OF | : | |
| CANADA, LTD., | : | |
| | : | |
|    Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2009, I served the within and foregoing

NOTICE OF DEPOSITION OF ROGER DALE ABERCROMBIE upon counsel

of record via CM/ECF:

MICHAEL J. WARSHAUER
WARSHAUER POE & THORNTON, P.C.
3350 Riverwood Parkway, Suite 2000
Atlanta, GA 30339


JAMES E. CARTER
JAMES E. CARTER & ASSOCIATES, LLC
P.O. Box 22129
Savannah, GA 31403

This 11th day of August, 2009.

                              McKenna Long & Aldridge LLP

                              /s/ Suneel Gupta

                              Charles K. Reed, Esq.
                              Georgia Bar No. 597597
                              Michael R. Boorman, Esq.
                              Georgia Bar No. 067798
                              Suneel C. Gupta, Esq.
                              Georgia Bar No. 452203

303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia  30308
(404) 527-4000 (telephone)
(404) 527-4198 (facsimile)
creed@mckennalong.com
mboorman@mckennalong.com
sgupta@mckennalong.com

## TYPE LIMITATIONS CERTIFICATE

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Times New Roman (14 point), as required by Local Rule 5.1(B).

                                  Respectfully submitted,

                                  McKenna Long & Aldridge LLP

                                  By:   /s/ Suneel Gupta
                                              Suneel C. Gupta
                                              Georgia Bar No. 452203